IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| TODD L. HAWKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:16CV778 |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On July 27, 2018, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (ECF. Nos. 30, 31.) Plaintiff filed objections, (ECF No. 32), within the time limit prescribed by Section 636. The Court has reviewed Plaintiff's objections *de novo* and finds that they do not change the substance of the United States Magistrate Judge's Recommendation, (ECF No. 30), which is affirmed and adopted.

IT IS THEREFORE ORDERED that the Commissioner's decision finding no disability is AFFIRMED, that the Commissioner's Motion for Judgment on the Pleadings, (ECF No. 26), is GRANTED, that the Commissioner's Motion to Dismiss, (ECF No. 9), is DENIED as MOOT, and that this action is DISMISSED WITH PREJUDICE.

This, the 23rd day of August, 2018.

/s/ Loretta C. Biggs
United States District Judge